**DISMISS; and Opinion Filed July 18, 2013**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-13-00733-CV**

**IN THE INTEREST OF A.C.G., JR., A CHILD**

On Appeal from the 254th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 12-08005-R

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Lang-Miers
Opinion by Justice Lang-Miers

On April 25, 2012, the Office of the Attorney General filed an original petition in suit affecting the parent-child relationship, asserting A.C.G.'s Mother and Father were separated and seeking orders regarding conservatorship and support of A.C.G. The trial court signed a default order on April 3, 2013, finding Father was obligated to provide support for A.C.G. The order, however, did not appoint a managing conservator. *See* TEX. FAM. CODE ANN. § 153.005 (West 2008) (providing that "[i]n a suit, . . . [i]f the parents are or will be separated, the court shall appoint at least one managing conservator."). Father appealed from the order. Because the order did not appear to dispose of all the claims, we directed Father to file a letter brief addressing our jurisdiction over the appeal. *See Lehman v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (subject to few, mostly statutory exceptions, appellate courts have jurisdiction only over appeals from final judgments, that is, judgments disposing of all parties and claims in record). More than

ten days have lapsed since Father was directed to file the letter brief, and Father has not responded or otherwise communicated with the Court.

Because the complained-of order did not dispose of all the issues, it is not final and does not invoke our jurisdiction. *See* TEX. FAM. CODE ANN. § 153.005; *Lehman*, 39 S.W.3d at 195. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE

130733F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF A. C. G., JR., A CHILD

No. 05-13-00733-CV

On Appeal from the 254th Judicial District Court, Dallas County, Texas
Trial Court Cause No. 12-08005-R.
Opinion delivered by Justice Lang-Miers.
Justices Moseley and Bridges participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Shykeeda Simmons and the Office of the Attorney General recover their costs, if any, of this appeal from appellant Anthony Glosson.

Judgment entered this 18th day of July, 2013.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE